

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Alfred James Williams,                              * From the 350th District
                                                     Court of Taylor County,
                                                     Trial Court No. 10254-D.

Vs. No. 11-12-00335-CR                              * March 31, 2015

The State of Texas,                                * Memorandum Opinion by Willson, J.
                                                     (Panel consists of: Wright, C.J.,
                                                     Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.